

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00084-CR

Eduardo **COSTILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CR-4383W
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

We grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).


PER CURIAM


DO NOT PUBLISH